```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KATHRYN KINDERMAN

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  NO. CR-S-08-333-LKK
                                    )
12               Plaintiff,         )
                                    )  STIPULATION AND ORDER TO MODIFY
13       v.                         )  PRETRIAL CONDITIONS
                                    )
14  KATHRYN KINDERMAN,              )
                                    )
15               Defendant.         )  Judge: Hon. Lawrence K. Karlton
                                    )
16  _____ )

17

18

19  It is hereby stipulated between the parties, Matthew Segal, Assistant

20  United States Attorney, attorney for plaintiff, and Mary M. French,

21  Supervising Assistant Federal Defender, attorney for defendant KATHRYN

22  KINDERMAN that the following be added as a condition of pretrial

23  release:

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /
```

1   The defendant shall participate in a program of medical or
2   psychiatric treatment as approved by the pretrial services officer.

3

4   Dated:  July 21, 2008                    Respectfully submitted,

5                                            DANIEL J. BRODERICK
                                             Federal Defender
6

7
                                              /s/ Mary M. French
8                                            MARY M. FRENCH
                                             Supervising Assistant
9                                            Federal Defender
                                             Attorney for Defendant
10                                           KATHRYN KINDERMAN

11
    Dated:  July 21, 2008                    McGREGOR W. SCOTT
12                                           United States Attorney

13
                                             /s/  Mary M. French for
14                                                Matthew Segal

                                             _____
15                                           MATTHEW SEGAL
                                             Assistant U.S. Attorney
16                                           per telephonic authorization

17

18  IT IS SO ORDERED.

19  Dated: July 24, 2008

20                                           LAWRENCE K. KARLTON
                                             SENIOR JUDGE
21                                           UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

Stipulation and Order                   -2-