DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHRYN KINDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-08-333-LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO MODIFY BOND |
| KATHRYN KINDERMAN, ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Matthew Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant KATHRYN KINDERMAN, that the bond be modified as follows:

The Court initially released Ms. Kinderman upon a secured bond consisting of equity in a property with a minimum amount of $75,000.00 based upon representations that the property used to secure the bond would have that much equity. The parties have discovered that the equity in the property proposed to secure the bond is $62,000.00.

The parties stipulate and agree that the $75,000.00 bond amount remains; however, the bond is to be secured by the equity amount of $62,000.00, with the remaining $13,000 unsecured.

1  Therefore, the parties agree that the Court should modify the bond
2  as stated above.
3  A proposed order is attached.

4  Dated: July 24, 2008                    Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6

7                                          /s/ Mary M. French
                                           MARY M. FRENCH
8                                          Supervising Assistant
                                           Federal Defender
9                                          Attorney for Defendant
                                           KATHRYN KINDERMAN
10

11 Dated: July 24, 2008                    McGREGOR W. SCOTT
                                           United States Attorney
12

13                                         /s/  Mary M. French for
                                                Matthew Segal
14                                         _____
                                           MATTHEW SEGAL
15                                         Assistant U.S. Attorney
                                           per telephonic authorization
16

17 IT IS SO ORDERED.

18 Dated: July 25, 2008

19                                         /s/ Edmund F. Brennan
                                           EDMUND F. BRENNAN
20                                         UNITED STATES MAGISTRATE JUDGE

Stipulation and Order
to Modify Bond                             -2-