```
DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
KATHRYN KINDERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-0333 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| KATHRYN KINDERMAN, ) | |
| Defendant. ) | |

This matter came on for a Status Conference on November 25, 2008, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Matthew Dean Segal appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French, appeared on behalf of defendant KATHRYN KINDERMAN, whose waiver of appearance is on file. At that time, a Further Status Conference / Change of Plea hearing date of January 13, 2009, at 9:15 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from November 25, 2008, up to and including January 13, 2009.

Good cause appearing therefor,

IT IS ORDERED that a Further Status Conference / Change of Plea hearing in this matter will be held on January 13, 2009, at 9:15 a.m.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, the period from November 25, 2008, up to and including January 13, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: December 5, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2