DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHRYN KINDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-333-LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| KATHRYN KINDERMAN, | Date:  January 27, 2009 |
| Defendant. | Time:  9:15 a.m. |
| | Judge: Lawrence K. Karlton |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant KATHRYN KINDERMAN, that the Status Conference hearing date of January 13, 2009, be vacated and a new Status Conference hearing date of January 27, 2009, at 9:15 a.m. be set.

This continuance is requested because the parties are discussing a possible plea agreement.

///

///

///

1    It is further stipulated that the period from January 13, 2009,

2  through and including January 27, 2009, should be excluded pursuant to

3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4  counsel and defense preparation.

5  Dated: January 9, 2009              Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7
                                       /s/ Mary. M. French
8                                      _____

9                                      MARY M. FRENCH
                                       Supervising Assistant
                                       Federal Defender
10                                     Attorney for Defendant
                                       KATHRYN KINDERMAN
11

12  Dated: January 9, 2009             LAWRENCE G. BROWN
                                       Acting United States Attorney
13
                                       /s/  Mary M. French for
14                                          Matthew D. Segal

15                                     _____
                                       MATTHEW D. SEGAL
16                                     Assistant U.S. Attorney

17

18  IT IS SO ORDERED.

19  Dated: January 12, 2009

20                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
21                                     UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

Stipulation and Order            -2-