```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KATHRYN KINDERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-08-333-LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| KATHRYN KINDERMAN, | ) Date: February 6, 2009 |
| | ) Time: 1:30 p.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant KATHRYN KINDERMAN, that the Status Conference hearing date of January 27, 2009, be vacated and a new Status Conference hearing date of February 6, 2009, at 1:30 p.m. be set.

This continuance is requested because defense counsel needs additional time to work on a possible resolution of the case.

///

///

It is further stipulated from the date of this order through and

1  including February 6, 2009, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.
4  Dated: January 23, 2009                Respectfully submitted,
5                                         DANIEL J. BRODERICK
                                          Federal Defender
6
                                          /s/ Mary. M. French
7  _____
                                          MARY M. FRENCH
8                                         Supervising Assistant
                                          Federal Defender
9                                         Attorney for Defendant
                                          KATHRYN KINDERMAN
10

11 Dated: January 23, 2009                LAWRENCE G. BROWN
                                          Acting United States Attorney
12
                                          /s/  Mary M. French for
13                                              Matthew D. Segal
                                          _____
14                                        MATTHEW D. SEGAL
                                          Assistant U.S. Attorney
15

16

17 IT IS SO ORDERED.

18 Dated: January 26, 2009

19                                        _____
                                          LAWRENCE K. KARLTON
20                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

Stipulation and Order                     -2-