DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHRYN KINDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-08-333-LKK |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| KATHRYN KINDERMAN, | ) | Date:  March 10, 2009 |
| Defendant. | ) | Time:  9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant KATHRYN KINDERMAN, that the Status Conference hearing date of February 6, 2009, be vacated and a new Status Conference hearing date of March 10, 2009, at 9:15 a.m. be set.

This continuance is requested because the Office of the Federal Defender has a conflict and CJA panel counsel Dan Koukol has agreed to substitute in as the new attorney.  Mr. Koukol is unavailable to appear on the court's regularly scheduled criminal calendar until March 10, 2009, and Mr. Koukol also needs time to review the discovery materials

1 and meet with Ms. Kinderman.

2    It is further stipulated from the date of this order through and
3 including March 10, 2009, should be excluded pursuant to
4 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5 counsel and defense preparation.

6 Dated: February 4, 2009          Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /s/ Mary. M. French
9                                  _____
                                   MARY M. FRENCH
10                                 Supervising Assistant
                                   Federal Defender
11                                 Attorney for Defendant
                                   KATHRYN KINDERMAN
12

13 Dated: February 4, 2009          LAWRENCE G. BROWN
                                    Acting United States Attorney
14
                                    /s/  Mary M. French for
15                                       Matthew D. Segal
                                    _____
16                                  MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
17

18    **IT IS SO ORDERED.**  A further status conference is scheduled for
19 March 10, 2009, at 9:15 a.m.  Time is excluded based on the provisions
20 of the Speedy Trial Act as set forth above.

21 Dated: February 5, 2009

22

23                                  _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
24                                  UNITED STATES DISTRICT COURT

25

26

27

28

Stipulation and Order              -2-