LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-333 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXCLUDE TIME |
| KATHRYN KINDERMAN | ) | |
| Defendant. | ) | |

The Court held a status conference in this case on April 28, 2009. The defendant requested that the case be continued from April 28, 2009 to June 9, 2009 at 9:15 a.m. for defense preparation. The time between April 28, 2009 and June 9, 2009 shall be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the defense requires more time to review financial records relevant to the potential loss in this case. The defense has hired an accountant

for this purpose.  Therefore, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

If this case does not resolve at the June 9, 2009 status conference, the Court will set this case for trial.

**SO ORDERED.**

DATE: June 9, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT