# INTEROFFICE MEMORANDUM

**TO:** Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

**FROM:** Teresa C. Hoffman
United States Probation Officer

**DATE:** July 31, 2009

**SUBJECT:** Kathryn KINDERMAN
Docket Number: 2:08CR00333-01
JUDGMENT AND SENTENCING CONTINUANCE

FILED
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

---

The above matter is scheduled for judgment and sentencing on September 1, 2009. The probation officer is still investigating, and has a meeting scheduled with an accountant utilized by the defense on August 26, 2009. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 10/20/2009 at 9:30am; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | 10/13/2009; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | 10/06/2009; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | 09/29/2009; |
| The proposed presentence report shall be disclosed to counsel no later than: | 09/15/2009. |

Reviewed by: _Karen A. Meusling_
**Karen A. Meusling**
Supervising United States Probation Officer

tch:TCH

cc: Matthew Segal, Assistant United States Attorney
Dan Koukol, Defense Counsel

Rev. 8/98
CONTJ&S.MRG