1   BENJAMIN B. WAGNER
    United States Attorney
2   MATTHEW D. SEGAL
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2708

5

6
                 IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,      )      CASE NO. 2:08-CR-333 LKK
10                                 )
                   Plaintiff,      )
11                                 )      STIPULATION AND ORDER REGARDING
         v.                        )      RESTITUTION
12                                 )
                                   )
13  KATHRYN R. KINDERMAN,          )
                                   )
14                 Defendant.      )
    _____)
15
         The parties stipulate and agree that in this case it is
16
    appropriate for the Court to order that the Defendant make
17
    restitution to Auburn Power Sports in the amount of $69,950.00.
18
                                   Respectfully Submitted,
19
                                   BENJAMIN B. WAGNER
20                                 United States Attorney

21
    DATE: December 7, 2009      By:   /s/ Matt Segal
22                                   MATTHEW D. SEGAL
                                     Assistant U.S. Attorney
23

24  DATE: December 7, 2009          /s/ Dan Koukol by MDS
                                   DAN KOUKOL
25                                 Counsel for Defendant

26  **SO ORDERED.**

27          December 8, 2009

28

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT