HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-00333-LKK |
|---|---|---|
| Plaintiff, | ) | [~~proposed~~] ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF DEED |
| v. | ) | |
| KATHRYN KINDERMAN, | ) | Date: August 1, 2024 |
| Defendant. | ) | Judge: Hon. Allison Claire |

The Court hereby EXONERATES the property bond posted in this case and ORDERS that the property be reconveyed by the Clerk's Office through a reconveyance form to be sent to the address on the deed of trust.

Dated: August 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Reconveyance and Exoneration of Property Bond